**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **HERNAN ARQUIMEDES** | :    Case No. 21-CR-261 |
| **VENTURA FLORES,** | : |
|     also known as "Chele," | : |
|     also known as "Ernan," | : |
| **Defendant.** | : |
| | : |

**CONSENT ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant, Hernan Arquimedes Ventura Flores, and his counsel, John O. Iweanoge, Esquire, in which defendant Ventura Flores agreed to plead guilty to one count of Unlawful Possession with Intent to Distribute Over 500 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and defendant has pled guilty to that offense;

*WHEREAS*, the Information alleged the forfeiture of property, that is, the forfeiture of any property which constitutes or is derived from proceeds traceable to the offense alleged in Count One, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this violation, which property is subject to forfeiture, pursuant to Title 21, United States Code, Section 853;

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

1

commission of this violation;

*WHEREAS*, in his plea agreement, the defendant agreed to the forfeiture of the above property, the entry of a forfeiture money judgment at sentencing and the forfeiture of the following specific property: $10,800.00.

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation alleged in Count One, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in Count One is subject to forfeiture pursuant to 21 U.S.C. § 853(p), and that the above listed specific property is subject to forfeiture, and the Government has established the requisite nexus between the property and the offense, and that a personal money judgment against the defendant is appropriate, as set forth below; all pursuant to Title 21, United States Code, Section 853;

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $10,800.00 is appropriate, insofar as this property is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the

Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:***

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 853: any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of those offenses. The following specific property is declared forfeited to the United States –$10,800.00.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

4. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this __17th__ day of __May__, 2022.

RANDOLPH D. MOSS
District Judge
United States District Court for the
District of Columbia

3

WE ASK FOR THIS:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Candice C. Wong
CANDICE C. WONG
Assistant United States Attorney
D.C. Bar No. 990903
601 D Street NW, Office 5-204
Washington, D.C. 20530
202-252-7849

_____
Hernán Arquimedes Ventura Flores
Defendant

_____
John O. Iweanoge, Esquire
Counsel for Defendant